# KIRTON LAW FIRM

---

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

November 8, 2022

VIA ELECTRONIC FILING

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
November 9, 2022

Re: *United States v. Neil Lizardi, 15 cr. 334 (RA)*

Dear Judge Abrams:

    I represent Richard Forman in the above-referenced matter. Mr. Forman pleaded guilty to conspiracy to distribute and possess with intent to distribute a hundred grams or more of heroin in violation of 21 USC 841 (b)(1)(B) and 846. On September 12, 2016, this Court sentenced him to 72 months in prison and five years of supervised release. The Bureau of Prisons (BOP) released Mr. Forman on March 7, 2020. The Defense wishes to file a motion for early termination of supervised release in the next two weeks. I request to be reappointed, pursuant to the Criminal Justice Act, to represent Mr. Forman in order to prosecute this issue.

    Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

cc: Robert Allen, Assistant United States Attorney (via electronic mail).

1