USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RICHARD FORMAN,

Defendant.

No. 15-CR-334

ORDER

RONNIE ABRAMS, United States District Judge:

    Mr. Forman has filed a motion requesting early termination of his supervised release. The Government and Probation Department shall provide the Court with their positions no later than April 14, 2023.

SO ORDERED.

Dated:   April 7, 2023
          New York, New York

_____
Ronnie Abrams
United States District Judge